RAFFI R. SHAHINIAN
Cal. Bar No. 185962
    815 S. Central Avenue, Suite 19
    Glendale, CA 91204
    T: (818) 244-8843
    F: (818) 244-8834
    E: *shahinianlaw@gmail.com*

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

FEB 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYDENIK ABOOLIAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | NO.   CV 10-5789-E<br><br>[~~PROPOSED~~] ORDER FOR AWARD OF E.A.J.A. FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($2,100.00) subject to the terms of the stipulation.

DATED: 2/23/11

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE